CHAUNCEY F. GAINES, APPELLEE, v. F. P. BONNELL ET AL., APPELLANTS.

FILED JUNE 18, 1895.    No. 6245.

Review: FAILURE TO FILE BRIEFS.    Affirmance of judgment in absence of brief and oral argument.

APPEAL from the district court of Nuckolls county. Heard below before HASTINGS, J.

*F. P. Olmstead*, for appellants.

*Letton & Hinshaw*, contra.

PER CURIAM.

This is an appeal from an order confirming a sale of real estate under foreclosure.    The case was not argued and no briefs have been filed.    The judgment is, therefore,

AFFIRMED.